IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KATELYN HANKS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNITED COMMERCE CENTERS, INC., ) <br> ) <br> Defendant. ) | CIVIL ACTION <br><br> File No.  3:19-CV-821 |

**JOINT STIPULATION TO APPROVE CONSENT DECREE**
**AND TO DISMISS DEFENDANT WITH PREJUDICE**

Plaintiff, **KATELYN HANKS** ("Plaintiff"), and Defendant, **UNITED COMMERCE CENTERS, INC.** ("Defendant") (collectively, the "Parties"), hereby file this Joint Stipulation seeking the Court's Approval of the parties' Consent Decree and to Dismiss Defendant, **UNITED COMMERCE CENTERS, INC.**, with Prejudice:

1. Plaintiff filed the instant cause of action alleging that the Facility and property operated and/or owned by Defendant violated Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181 *et seq.*

2. The matters raised by Plaintiff's Complaint have been resolved in accordance with the Consent Decree ("Settlement") attached hereto as Exhibit "1".

3. In accordance therewith, the Parties request that the Court review, approve and ratify the Consent Decree.  Additionally, the Parties request the Court retain jurisdiction to enforce the terms of the Settlement.  This Settlement is conditioned upon the Court's retaining jurisdiction to enforce said Settlement.

4. As part of the Settlement reached between the Parties, Plaintiff has agreed to

dismiss Defendant, **UNITED COMMERCE CENTERS, INC.**, with prejudice.  Accordingly, the Parties request, upon the Court's review, approval and ratification of the Settlement, Defendant, **UNITED COMMERCE CENTERS, INC.**, be dismissed with prejudice.

5. Except as otherwise stated in the Settlement, each party to bear their own fees and costs.

WHEREFORE, the Parties respectfully request that this Honorable Court enter an Order approving the attached Consent Decree, dismissing the claims asserted by Plaintiff against Defendant, **UNITED COMMERCE CENTERS, INC.**, with prejudice, and retaining jurisdiction to enforce the Settlement.

Respectfully submitted this 15th day of October, 2019.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/  Douglas S. Schapiro
Douglas S. Schapiro, Esq.
Northern District of Texas ID No. 54538FL
*Attorney-in-Charge of Plaintiff*
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

Law Offices of
LIPPE & ASSOCIATES

/s/  Emil Lippe, Jr.
Emil Lippe, Jr., Esq.
State Bar No. 12398300
Lippe & Associates
12222 Merit Drive, Suite 1200
Dallas, TX 75251
Tel: (214) 855-1850
Fax: (214) 720-6074
emil@texaslaw.com

<u>/s/ Robert F. Maris</u>
Robert F. Maris, Esq.
State Bar No. 12986300
Glast, Phillips & Murray
14801 Quorum Drive, Suite 500
Dallas, TX 75254
Tel: 972-419-8387
Email: <u>rmaris@gpm-law.com</u>

### **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY, a true and correct copy of the above and foregoing has been filed electronically the Clerk of the Court using CM/ECF/system on this 15th day of October, 2019.

<u>/s/ Douglas S. Schapiro</u>
Douglas S. Schapiro, Esq.
Northern District of Texas ID No. 54538FL
*Attorney-in-Charge of Plaintiff*

3